Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | *Heather K. McShain* |
|---|---|---|---|
| **CASE NUMBER** | 17-GJ-00052 | **DATE** | JULY 01, 2021 |
| **CASE TITLE** | U.S. v. CARRIE M. AUSTIN, ET AL | | **1:21-cr-00408**<br>Judge John F. Kness<br>Magistrate Judge Jeffrey T. Gilbert |

DOCKET ENTRY TEXT

### Grand Jury Proceeding

The Grand Jury for ___SPECIAL JANUARY 2020___ the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge *Heather K. McShain*

TO SET PRELIMINARY BAIL AT $3,500 AND THAT DEFENDANTS BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND, AS TO CARRIE M. AUSTIN AND CHESTER WILSON, JR.

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                                   UNDER SEAL)

Courtroom Deputy Initials: | P.K



**FILED** PJ
7/1/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT